# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Henry Damon Smith, ) | Case No. 4:10-cr-095 |
| ) | |
| Defendant. ) | |

On July 7, 2021, defendant filed a Stipulation for Substitution of Counsel. (Doc. No. 61). Therein he advises that attorney Irvin B. Nodland is now representing him in this matter.

The court **ADOPTS** the stipulation (Doc. No. 61). Defendant's retain counsel, attorney Irvin D. Nodland, shall be substituted as counsel of record for defendant. Defendnat's court-appointed counsel, attorney Jackson Lofgren, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court