# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Henry Damon Smith, | ) | Case No. 4:10-cr-095 |
| | ) | |
| Defendant. | ) | |

On February 7, 2022, defendant's retained counsel, attorney Irvin Nodland, entered a notice of appearance on defendant's behalf. (Doc. No. 91). Accordingly, attorney Irvin Nodland is substituted as counsel of record for defendant. Defendant's court-appointed counsel, Assistant Federal Public Defender Bradley Scott Rose is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 8th day of February, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court